Filing # 41595660 E-Filed 05/17/2016 10:43:06 AM

## VERIFIED RETURN OF SERVICE

**State of Florida**          **County of Broward**          **17th Jud. Circuit Court**

Case Number: 16-007412 CACE 09

Plaintiff:
**Rawatie C. Cobb**

vs.

Defendant:
**Pembroke Park Affordable Housing, LTD., a Florida Limited Partnership d/b/a Pembroke Park Apartments**

For:
Marc A. Kaufman, Esq.
Marc A. Kaufman & Associates
Las Olas Centre II
350 E. Las Olas Blvd., Suite 970
Ft. Lauderdale, FL 33301

Received by First Choice Process, Inc. on the 4th day of May, 2016 at 9:28 am to be served on **Pembroke Park Affordable Housing, LTD., A Florida Limited Partnership D/B/A Pembroke Park Apartments c/o Lewis V. Swezy, Registered Agent, 7735 NW 146 Street, Suite 306, Miami Lakes, FL 33016.**

I, Richard Mateo, Jr, do hereby affirm that on the **10th day of May, 2016 at 12:55 pm**, I:

**CORPORATE SERVICE** by delivering a true copy of the **20 DAY SUMMONS, COMPLAINT, REQUEST TO PRODUCE, REQUEST FOR ADMISSIONS AND INTERROGATORIES** with the date and hour of service endorsed thereon by me, to: **Jessica Gutierrez as Secretary/ Designated Agent** for **Pembroke Park Affordable Housing, LTD., A Florida Limited Partnership D/B/A Pembroke Park Apartments**, at the address of: **7735 NW 146 Street, Suite 306, Miami Lakes, FL 33016**, and informed said person of the contents therein, in compliance with F.S. 48.081.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 130, Hair: Dark Blonde, Glasses: N



## VERIFIED RETURN OF SERVICE For 16-007412 CACE 09

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

Richard Mateo, Jr
CPS #1009

First Choice Process, Inc.
15757 Pines Blvd.
Suite 157
Pembroke Pines, FL 33027
(954) 431-9208

Our Job Serial Number: MTO-2016000896

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1d

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

**CASE NO.:**

RAWATIE C. COBB, an individual,

    Plaintiff,

vs.

PEMBROKE PARK AFFORDABLE HOUSING, LTD., a Florida Limited Partnership d/b/a PEMBROKE PARK APARTMENTS,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, RAWATIE C. COBB, by and through her undersigned counsel, sues Defendant, PEMBROKE PARK AFFORDABLE HOUSING, LTD., d/b/a PEMBROKE PARK APARTMENTS (hereinafter referred to as "PEMBROKE PARK APARTMENTS"), and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of the sum of FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00).

2. At all times material hereto, Defendant, PEMBROKE PARK APARTMENTS, was and is a Florida Limited Partnership organized and existing under the laws of the State of Florida, which has in the past and continues to engage in substantial and not isolated business activity on a continuous and systematic basis in the State of Florida.

3. At all times material hereto, Plaintiff, RAWATIE C. COBB, was and is sui juris and a resident of the State of Florida.

*Cobb v. Pembroke Park Apartments*
P A G E | 2

4. At all times material hereto, Defendant, PEMBROKE PARK APARTMENTS, owned, leased, controlled, managed, and/or maintained the premises located at 3700 S. W. 52nd Avenue, Pembroke Park, Florida 33023, which is an apartment complex where Plaintiff, RAWATIE C. COBB, was a resident.

5. At all times material hereto, Plaintiff, RAWATIE C. COBB, rented and/or leased an apartment from Defendant, PEMBROKE PART APARTMENTS, which was located at or near 3722 S. W. 52nd Avenue, Apartment 204, Pembroke Park, Florida 33068.

6. On Sunday, July 12, 2015, at approximately 2:30 A.M., two (2) unknown men entered, Plaintiff's, RAWATIE C. COBB, apartment by using a key that Defendant, PEMBROKE PARK APARTMENTS, negligently allowed them to attain.

7. Prior to Sunday, July 12, 2015, there had been countless other robberies, burglaries, murders, rapes, batteries, assaults, etc. at or near the Pembroke Park Apartment, which is located at 3700 S. W. 52nd Avenue, Pembroke Park, Florida 33023.

## COUNT I
## CLAIM FOR NEGLIGENCE AGAINST DEFENDANT, PEMBROKE PARK AFFORDABLE HOUSING, LTD.

8. Plaintiff, RAWATIE C. COBB, adopts and reavers the foregoing General Allegations, and further alleges:

9. At all times material hereto, Defendant, PEMBROKE PARK APARTMENTS, owed a duty to Plaintiff, RAWATIE C. COBB, to use reasonable care in safeguarding the key to her apartment.

10. At all times material hereto, Defendant, PEMBROKE PARK APARTMENT, owed a duty to Plaintiff, RAWTIE C. COBB, to change the locks/keys to her apartment prior to allowing

*Cobb v. Pembroke Park Apartments*
PAGE |3

her to move into the apartment.

11. At all times material hereto, Defendant, PEMBROKE PARK APARTMENT, owed a duty to Plaintiff, RAWATIE C. COBB, to undertake, provide for, and maintain the overall security of the Pembroke Park Apartment Complex, which is located at or near 3700 S. W. 52nd Avenue, Pembroke Park, Florida 33023.

12. Defendant, PEMBROKE PARK APARTMENT, breached said duties owed to Plaintiff, RAWATIE C. COBB, by committing one or more of the following negligent acts of commission and/or omission:

   A. Defendant, PEMBROKE PARK APARTMENT, failed to adequately secure and/or safeguard Plaintiff's, RAWATIE C. COBB, key.

   B. Defendant, PEMBROKE PARK APARTMENT, failed to change and/or replace the locks/keys to Plaintiff's, RAWATIE C. COBB, apartment prior to allowing her to move in to her apartment.

   C. Defendant, PEMBROKE PARK APARTMENT, failed to have adequate security on its premises on and prior to July 12, 2015.

13. As a direct and proximate result of the negligence of Defendant, PEMBROKE PARK APARTMENTS, as aforesaid, Plaintiff, RAWATIE C. COBB, was injured in and about her body and extremities and/or aggravated a pre-existing condition, suffered pain therefrom, suffered physical handicap, incurred medical expenses for the care and treatment of her injuries, and her working ability has been impaired; said injuries are either permanent or continuing in nature and Plaintiff, RAWATIE C. COBB, will suffer such losses and impairments in the future.

WHEREFORE, Plaintiff, RAWATIE C. COBB, sues Defendant, PEMBROKE PARK

*Cobb v. Pembroke Park Apartments*
PAGE |4

APARTMENTS, for an amount within the jurisdictional limits of this Court, to-wit: in excess of the sum of FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00), plus interest and costs.

Plaintiff demands a trial by jury of all issues triable as a matter of right by a jury.

> MARC A. KAUFMAN & ASSOCIATES
> Attorneys for Plaintiff
> 350 East Las Olas Boulevard
> Suite 970
> Fort Lauderdale, Florida 33301
> Telephone number: (954) 838-8880
> Facsimile number: (954) 838-1388
> Primary e-mail address: mkaufman@makaufman.com
> Secondary e-mail address: gaguilera@makaufman.com
>
> By: ____s/Marc A. Kaufman_____
> MARC A. KAUFMAN, ESQUIRE
> Florida Bar No.: 156568

K:\MK150033 Cobb, Rawatie\Pleadings\Complaint.docx